# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| Yayu Musa,<br><br>    Plaintiff,<br><br>        v.<br><br>Faith Pharmacy, Inc., | Civil Action No. 1:22-cv-02538-SDG |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

                                                            /s/*Danielle McBride*

                                                        Danielle McBride
                                                        GA Bar # 800824
                                                        830 Mulberry Street, Ste 201
                                                        Macon, Georgia 31201
                                                        478-745-7700

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Certificate of Compliance, upon opposing parties via electronic service or by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to ensure delivery to:

Faith Pharmacy, Inc
1720 Phoenix Blvd., Suite 400
College Park, Georgia, 30349

Ken Anthony. Registered Agent
1720 Phoenix Blvd., Suite 400
College Park, Georgia 30349

This 14th day of July, 2022

                                              LOBER & DOBSON, LLC

                                              /s/ *Danielle McBride*

                                              _____
                                              Danielle McBride
                                              Ga Bar No 800824

830 Mulberry Street, Ste 201
Macon, Georgia 31201
478-745-7700