# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| Yayu Musa,<br><br>    Plaintiff,<br><br>        v.<br><br>Faith Pharmacy, Inc., | Civil Action No. 1:22-cv-02538-SDG |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

/s/*William Greg Dobson*

William Greg Dobson
Georgia Bar No. 237770
Lober & Dobson, LLC
1040 Fort Stephenson Rd.
Lookout Mountain, GA 30750
478-621-6799
wgd@lddlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Certificate of Compliance, upon opposing parties via electronic service or by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to ensure delivery to:

Faith Pharmacy, Inc
1720 Phoenix Blvd., Suite 400
College Park, Georgia, 30349

Ken Anthony. Registered Agent
1720 Phoenix Blvd., Suite 400
College Park, Georgia 30349

This 14th day of July, 2022

                                                                    LOBER & DOBSON, LLC

                                                                    /s/ William Greg Dobson

                                                                    _____
                                                                    William Greg Dobson, Esq.
                                                                    Ga Bar No 237770

1040 Fort Stepheson Rd.
Lookout Mountain, GA 30750
478-621-6799